CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 14 2017

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**
**DECEMBER 14, 2017 SESSION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 7:17-cr- 00078** |
| | ) | |
| **v.** | ) | **INDICTMENT** |
| | ) | |
| **MICHAEL ANTONIO DAVID, II** | ) | **In violation of:** |
| | ) | **21 U.S.C. § 841(a)(1)** |
| | ) | **18 U.S.C. § 924(c)** |

## COUNT ONE

The Grand Jury charges that:

On or about July 8, 2016, in the Western Judicial District of Virginia, the defendant, **MICHAEL ANTONIO DAVID, II,** knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(l) and (b)(l)(C).

## COUNT TWO

The Grand Jury further charges that:

On or about July 8, 2016, in the Western Judicial District of Virginia, the defendant, **MICHAEL ANTONIO DAVID, II,** knowingly possessed a firearm, to wit, a Kahr .40 caliber pistol, in furtherance of a drug trafficking crime in violation of Title 21, United States Code, Sections 841(a)(l) and (b)(l)(C), as set forth in Count One of this Indictment, for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL this 14 day of December, 2017.

/s/ Grand Jury Foreperson
FOREPERSON

RICK A. MOUNTCASTLE
UNITED STATES ATTORNEY