IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:17-CR-00078 |
| | ) | |
| v. | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| MICHAEL ANTONIO DAVID, II | ) | CORPUS AD PROSEQUENDUM |
| DOB: xx-xx-1997 | ) | |
| SSN: xxx-xx-8722 | ) | |

Your petitioner, United States of America, by Ashley B. Neese, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1. That this case is a prosecution upon an indictment, charging the defendant with violations of Title 18, United States Code, Section 924(c) and Title 21, United States Code, Section 841(a)(1).

2. That the presence of the said defendant before the United States District Court for the Western District of Virginia at Roanoke, Virginia, scheduled for an Initial Appearance at 2:00 p.m. on January 19, 2018, is necessary and he is now in custody of the Roanoke City Jail.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: January 12, 2018

s/ Ashley B. Neese
Assistant United States Attorney

*******************************************************************************

**TO: Roanoke City Jail, 340 Campbell Ave., Roanoke, VA 24016; Telephone: (540) 835-2621.**

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (540) 857-2250.**

GREETINGS:

WE COMMAND YOU that you surrender the body of **MICHAEL ANTONIO DAVID, II** detained in the Roanoke City Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, or any other authorized Federal Law Enforcement Agent/Officer to the end that his body will be before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on January 19, 2018, at 2:00 p.m., or at such other time or times as the District Court may direct.

ENTER: This ____ day of January, 2018.

________________________________
United States District Judge

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT AGENT/OFFICER:**

TO EXECUTE:

WE COMMAND that you proceed to the Roanoke City Jail, and remove therefrom the body of **MICHAEL ANTONIO DAVID, II**, and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on January 19, 2018 at 2:00 p.m. or at such other time or times as the District Court may direct; and upon completion of the case, return the said **MICHAEL ANTONIO DAVID, II** to the Roanoke City Jail.

JULIA C. DUDLEY
CLERK OF COURT

BY: ___________________________
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this ______ day of January, 2018.

BY: ______________________________
United States Marshal/Deputy or
Authorized Federal Law Enforcement Agent/Officer

RETURNED:

EXECUTED this _______ day of January, 2018.

BY: ______________________________
United States Marshal/Deputy or
Authorized Federal Law Enforcement Agent/Officer

SENTENCED STATE PRISONER: Yes: __X__ No: _____