FILED IN OPEN COURT
DATE 3/12/18
BY
DEPUTY CLERK
DIVISION, W.D. of VA

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 7:17CR00078 |
| | : | |
| MICHAEL ANTONIO DAVID II | : | |

## STATEMENT OF FACTS

This Statement of Facts briefly summarizes the facts and circumstances surrounding the criminal conduct of the defendant, Michael Antonio David II ("David"), which is at issue in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines calculation. The conduct described below occurred within the Western District of Virginia, and elsewhere.

This Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any Rules or statutes to the contrary, including, but not limited to, Federal Rules of Evidence 408 and 410 and Federal Rule of Criminal Procedure 11.

On July 8, 2016, in the City of Roanoke, Virginia, law enforcement officers observed Mr. David operating a blue, 2006 Hyundai Senata with an expired registration.

When the officers attempted a traffic stop, Mr. David initially failed to stop. He eventually pulled into a driveway and left the vehicle on foot running away from a police officer. The officer, while chasing Mr. ~~Davis~~ DAV.d, yelled "police, stop," and saw Mr. David "with his hands in his waist band of his pants while running." After a short pursuit, the officer detained Mr. David. Mr. David advised the officers that he ran because he "had marijuana and was scared." A law enforcement officer mirandized Mr. David who acknowledged that he understood his rights. Mr. David further advised officers the officers that he had thrown the marijuana during the foot pursuit.

MAD
ABN

When the officers searched Mr. David's person, they located a plastic baggie in his left front pants pocket that contained an off-white chunky substance. In addition, they found a plastic baggie containing fourteen (14) silver ammunition rounds in Mr. David's

gym shorts, which were underneath his pants. The officers asked Mr. David where he had put the gun and Mr. David stated that he "did not have a gun."

After canvassing the arrest location, officers found a plastic baggie that contained a green leafy material. They then searched the vehicle that Mr. David had driven and found a second plastic baggie that contained an off-white chunky substance in the compartment on the driver's door. The Virginia Department of Forensic Science laboratory analyzed the off-white chunky substance and determined the substance in both baggies to be cocaine base, also known as crack cocaine, a Schedule II controlled substance, in the amounts of 3.086 and 2.365 grams, respectively, which Mr. David possessed with intent to distribute on July 8, 2016.

Officers then summoned a K-9 unit to assist with an area search in an attempt to locate a firearm. Subsequently, officers located a semi-automatic firearm in the vicinity where Mr. David had been running. Law enforcement officers identified the firearm as a KAHR .40 caliber handgun. Mr. David then advised officers that he did have a firearm on him and had thrown it while he was running from the officers. The bullets in the handgun matched the bullets in the baggies seized from Mr. David's person.

I have reviewed the above Statement of Facts with my attorney and I agree that it is true and accurate. I agree that had this matter proceeded to trial, the United States would have proven the facts outlined above beyond a reasonable doubt.

3/12/18
Date

Michael David
MICHAEL ANTONIO DAVID II
Defendant

3/12/18
Date

Larry Shelton
LARRY SHELTON
Attorney for Defendant